| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT INITIAL FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lindsay, Colin H. | U.S. District Court, Western District of Kentucky | 06/04/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, full-time | ☐ Nomination   Date<br>☑ Initial   ☐ Annual   ☐ Final | 01/01/2014 to 06/04/2015 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

601 W. Broadway
Louisville, KY
40202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Registered Agent for Service of Process | Preston Contractors, Inc. |
| 2. | Board Member and President | Blackacre Conservancy LLC (resigned effective 12/31/2014) |
| 3. | Delegate to the American Bar Association House of Delegates | Louisville Bar Association |
| 4. | Member | Patchy Drizzle LLC |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/30/2014 | Return of capital and interest in former firm (Dinsmore & Shohl) commencing 12/31/2015 and ending 12/31/2017. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lindsay, Colin H. | 06/04/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Salary; Louisville Bar Association |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Assocaiton | 2/6/2015-2/10/20125 | Houston, TX | Attend ABA Midyear Meeting | Airfare |
| 2. | Louisville Bar Association | 2/6/2015-2/10/2015 | Houston,TX | Attend ABA Midyear Meeting | Lodging, meals, local transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lindsay, Colin H.** | 06/04/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Farm Credit Mid-Amerrica | Mortgage on unimproved real estate | L |
| 2. | Bank of America | Credit card | K |
| 3. | American Express | Credit card | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lindsay, Colin H. | 06/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alliance Bernstein CollegeBoundFund FBO Madison Lindsay 529 | | None | | | Exempt | | | | |
| 2. Alliance Bernstein CollegeBoundFund FBO Hugh Lindsay 529 | | None | | | Exempt | | | | |
| 3. American Funds Capital Income Builders Fund | B | Dividend | K | T | Exempt | | | | |
| 4. American Funds New World Fund | | None | | | Exempt | | | | |
| 5. American Funds the Growth Fund of America Fund | A | Dividend | K | T | Exempt | | | | |
| 6. AQR Managed Funds Strategy Funds | A | Dividend | J | T | Exempt | | | | |
| 7. Calamos Growth & Income Fund | A | Dividend | J | T | Exempt | | | | |
| 8. Charles Schwab Money Market | A | Int./Div. | J | T | Exempt | | | | |
| 9. Calvert Global Energy Fund | | None | | | Exempt | | | | |
| 10. Cohen & Steers Realty Fund | A | Dividend | J | T | Exempt | | | | |
| 11. Davis New York Venture Fund | A | Dividend | J | T | Exempt | | | | |
| 12. Delaware Diversified Income Fund | A | Dividend | J | T | Exempt | | | | |
| 13. Diamond Hill Long Short Fund | A | Dividend | J | T | Exempt | | | | |
| 14. Dreyfus Midcap Index Fund | A | Dividend | K | T | Exempt | | | | |
| 15. Eaton Vance Floating Rate Fund | A | Dividend | J | T | Exempt | | | | |
| 16. Fidelity Advisor Materials Fund | A | Dividend | J | T | Exempt | | | | |
| 17. First Eagle Overseas Fund | A | Dividend | K | T | Exempt | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lindsay, Colin H. | 06/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Franklin Templeton Global Bond Fund | B | Dividend | J | T | Exempt | | | | |
| 19. Franklin Utilities Fund | A | Dividend | J | T | Exempt | | | | |
| 20. Hartford Inflation Plus Fund | A | Dividend | J | T | Exempt | | | | |
| 21. ING International Real Estate Fund | A | Dividend | J | T | Exempt | | | | |
| 22. Oppenheimer Developing Markets Fund | A | Dividend | K | T | Exempt | | | | |
| 23. PACE Alternative Strategies Investment Fund | A | Dividend | J | T | Exempt | | | | |
| 24. PACE Global Real Estate Securities Investment Fund | A | Dividend | J | T | Exempt | | | | |
| 25. PACE Government Securities Fixed Income Investment Fund | A | Dividend | J | T | Exempt | | | | |
| 26. PACE High Yield Investment Fund | A | Dividend | J | T | Exempt | | | | |
| 27. PACE Intermediate Fixed Income Investment Fund | A | Dividend | J | T | Exempt | | | | |
| 28. PACE International Emerging Markets Equity Investment Fund | A | Distribution | J | T | Exempt | | | | |
| 29. PACE International Equity Investment Fund | A | Dividend | J | T | Exempt | | | | |
| 30. PACE International Fixed Income Investment Fund | A | Dividend | J | T | Exempt | | | | |
| 31. PACE Large Company Growth Equity Investment Fund | A | Dividend | J | T | Exempt | | | | |
| 32. PACE Large Company Value Equity Investment Fund | A | Dividend | J | T | Exempt | | | | |
| 33. PACE Mortgage Backed SecuritiesFixed Income Investment Fund | A | Dividend | J | T | Exempt | | | | |
| 34. PACE Small/Medium Company Growth Equity Investments Fund | A | Dividend | J | T | Exempt | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,000 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lindsay, Colin H. | 06/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PACE Small/Medium Company Value Equity Investment Fund | A | Dividend | J | T | Exempt | | | | |
| 36. PACE Strategic Fixed Income Invwestment Fund | A | Dividend | J | T | Exempt | | | | |
| 37. PIMCO Commodity Real Return Strategy Fund | A | Dividend | J | T | Exempt | | | | |
| 38. ROYCE Opportunity Fund | | None | | | Exempt | | | | |
| 39. SCOUT International Fund | A | Dividend | K | T | Exempt | | | | |
| 40. VOYA International Real Estate Fund | A | Dividend | J | T | Exempt | | | | |
| 41. Wasatch Small Cap Growth Fund | | None | | | Exempt | | | | |
| 42. Westcare Plus Bond Fund | A | Dividend | J | T | Exempt | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lindsay, Colin H. | 06/04/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Agreement (Part II) between reporter and Dinsmore & Shohl is based on the Firm's partnership agreement, originally executed in 2002. The obligation and amount are fixed, and not based on the Firm's financial performance. Reporter is not sharing in the profits of the Firm after his departure. The reporter is not participating and will not participate in any case involving the firm until the full amount under the partnership agreement has been paid.

| Name of Person Reporting | Date of Report |
|---|---|
| Lindsay, Colin H. | 06/04/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Colin H. Lindsay**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544